No. 139. Siu Fung Luk *v.* Rosenberg, District Director of Immigration and Naturalization Service. C. A. 9th Cir. Petition for writ of certiorari dismissed June 25, 1969, pursuant to Rule 60 of the Rules of this Court. *Hiram W. Kwan* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Paul C. Summitt* for respondent.

No. 27. Mann *v.* Vermont Educational Buildings Financing Agency. Appeal from Sup. Ct. Vt. Appeal dismissed July 1, 1969, pursuant to Rule 60 of the Rules of this Court. *Neil J. Cohen* for appellant. *Chester S. Ketcham* for appellee. [For earlier order herein, see 394 U. S. 957.]

No. 503, Misc. Carter *v.* United States. C. A. 6th Cir. Petition for writ of certiorari dismissed July 11, 1969, pursuant to Rule 60 of the Rules of this Court.

No. 59, Misc. Malagon-Ramirez *v.* United States. C. A. 9th Cir. Petition for writ of certiorari dismissed July 25, 1969, pursuant to Rule 60 of the Rules of this Court.

No. 7, Misc. Johnson, aka Watford *v.* Virginia. Sup. Ct. App. Va. Petition for writ of certiorari dismissed August 1, 1969, pursuant to Rule 60 of the Rules of this Court. *J. Hugo Madison* and *Michael Meltsner* for petitioner. *Reno S. Harp III,* Assistant Attorney General of Virginia, for respondent.